UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ROBERT L. BROWN**                                                                                                          **PLAINTIFF**

vs.                              **CASE NO. 3:10-CV-00317 BD**

**MICHAEL J. ASTRUE, Commissioner**
**Social Security Administration**                                                                                      **DEFENDANT**

## JUDGMENT

Plaintiff Robert L. Brown's appeal is denied and judgment is entered in favor of Michael J. Astrue, Commissioner, Social Security Administration.

DATED this 4th day of January, 2012.

_____
UNITED STATES MAGISTRATE JUDGE